John S. Prince vs. Margaret Farrell, impleaded, etc.

July 10, 1884.

**Limit of Relief where there is no Answer.**

Action to foreclose a mortgage, made by defendants M. B. Farrell and Margaret Farrell, his wife, brought in the district court for Ramsey county. The notes to secure which the mortgage was given were made by the defendant M. B Farrell alone. The relief prayed for in the complaint was: (1) the ascertainment of the amount due upon the notes and mortgage; (2) the sale of the mortgaged premises, payment to plaintiff of the moneys realized upon the sale, and that "the defendant M. B. Farrell may be adjudged to pay any deficiency which may remain after applying all of said moneys so applicable thereto;" (3) foreclosure of all equity of redemption, and (4) "that the plaintiff have such other and further relief in the premises as may be just and equitable and costs of suit." Defendants having made default, judgment of foreclosure was entered, sale made and confirmed, and a personal judgment for the deficiency on the sale, amounting to $2,298.93, entered against defendants M. B. Farrell and Margaret Farrell, on March 17, 1877.

In November, 1883, the defendant Margaret Farrell, upon affidavit showing that she had had no knowledge of such personal judgment till that time, moved the court to vacate such personal judgment as to her. The motion was granted by *Simons*, J., and the plaintiff appealed.

*O. H. Comfort*, for appellant.

*James & Warren*, for respondent.

*By the Court.* Where there is no answer, the relief granted to plaintiff cannot exceed that specifically prayed for in the complaint. This was so decided at this term in *Minnesota Linseed Oil Co.* v. *Maginnis, ante*, 193.

Order affirmed.